UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRIEDA HAMWAY et al.,<br>Plaintiffs,<br>-v.-<br>ERIC S. LANDAU,<br>Defendant. | 26 Civ. 6285 (JHR)<br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court understands that, at a conference yesterday before Judge Netburn, Defendant withdrew his opposition to Plaintiffs' motion to remand. ECF No. 11. Accordingly, the Court hereby grants the motion.

The Clerk of Court is directed to remand this matter to the Supreme Court of the State of New York, County of New York.

SO ORDERED.

Dated: October 2, 2026
New York, New York

Jennifer H. Rearden
JENNIFER H. REARDEN
United States District Judge